854 A.2d 424

James ANTHONY, Deceased c/o Mary Anthony,

v.

WORKERS' COMPENSATION APPEAL BOARD (ANDERSON BOX COMPANY, INC. and HIGHLANDS INSURANCE COMPANY).

Appeal of Anderson Box Company, Inc. and Highlands Insurance Company.

Supreme Court of Pennsylvania.

Argued May 13, 2004.

Decided July 20, 2004.

William James Witte, Pittsburgh, for Anderson Box Company, Inc. and Highlands Insurance Company

James A. Holzman, Harrisburg Amber Marie Kenger, Mechanicsburg, Richard C. Lengler, Harrisburg, for Workers' Compensation Appeal Board.

Michael Walter Flannelly, York, for James Anthony, deceased c/o Mary Anthony.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, BAER, JJ.

## ORDER

PER CURIAM.

AND NOW, this 20th day of July, 2004, the appeal is dismissed as having been improvidently granted.